## U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:20–cv–01405–LO–IDD

Nunes v. WP Company LLC et al  
Assigned to: District Judge Liam O'Grady  
Referred to: Magistrate Judge Ivan D. Davis  
Cause: 28:1332 Diversity–Libel, Assault, Slander  

Date Filed: 11/17/2020  
Date Terminated: 02/22/2021  
Jury Demand: Plaintiff  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Diversity  

**Plaintiff**

**Devin G. Nunes**     represented by     **Steven Scott Biss**  
Law Office of Steven S. Biss  
P O Box 592  
Richmond, VA 23219  
804–861–8733  
Fax: 804–318–4098  
Email: stevenbiss@earthlink.net  
*ATTORNEY TO BE NOTICED*

**Defendant**

**WP Company LLC**  
*doing business as*  
The Washington Post  

represented by **Adithi Sharada Grama**  
Williams & Connolly LLP (DC)  
725 12th St NW  
Washington, DC 20005  
202–434–5000  
Email: agrama@wc.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ellen Nakashima**     represented by     **Adithi Sharada Grama**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2020 | Ï 1 | Complaint ( Filing fee $ 400, receipt number 0422–7500878.), filed by Devin G. Nunes. (Attachments: # 1 Civil Cover Sheet)(Biss, Steven) (Entered: 11/17/2020) |
| 11/17/2020 | Ï | Initial Case Assignment to District Judge Liam O'Grady and Magistrate Judge Ivan D. Davis. (dvanm, ) (Entered: 11/17/2020) |
| 11/18/2020 | Ï 2 | Proposed Summons *(WP Company)* by Devin G. Nunes. (Biss, Steven) (Entered: 11/18/2020) |
| 11/18/2020 | Ï 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by Devin G. Nunes. (Biss, Steven) (Entered: 11/18/2020) |
| 11/19/2020 | Ï 4 | Summons Issued as to WP Company LLC. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Notice)(dvanm, ) (Entered: 11/19/2020) |

| | | |
|---|---|---|
| 11/19/2020 | 5 | Proposed Summons *(Ellen Nakashima)* by Devin G. Nunes. (Biss, Steven) (Entered: 11/19/2020) |
| 11/20/2020 | 6 | Summons Issued as to Ellen Nakashima. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Notice to Attorney)(lcre, ) (Entered: 11/20/2020) |
| 11/25/2020 | 7 | WAIVER OF SERVICE Returned Executed by Devin G. Nunes as to WP Company LLC waiver sent on 11/19/2020, answer due 1/19/2021. (Biss, Steven) Modified text on 11/25/2020 (klau, ). (Entered: 11/25/2020) |
| 11/25/2020 | 8 | WAIVER OF SERVICE Returned Executed by Devin G. Nunes as to Ellen Nakashima waiver sent on 11/19/2020, answer due 1/19/2021. (Biss, Steven) Modified text on 11/25/2020 (klau, ). (Entered: 11/25/2020) |
| 01/19/2021 | 9 | NOTICE of Appearance by Adithi Sharada Grama on behalf of Ellen Nakashima, WP Company LLC (Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 10 | Motion to appear Pro Hac Vice by Kevin T. Baine and Certification of Local Counsel Adithi S. Grama Filing fee $ 75, receipt number 0422–7589489. by Ellen Nakashima, WP Company LLC. (Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 11 | Motion to appear Pro Hac Vice by Thomas G. Hentoff and Certification of Local Counsel Adithi S. Grama Filing fee $ 75, receipt number 0422–7589490. by Ellen Nakashima, WP Company LLC. (Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 12 | Motion to appear Pro Hac Vice by Nicholas G. Gamse and Certification of Local Counsel Adithi S. Grama Filing fee $ 75, receipt number 0422–7589491. by Ellen Nakashima, WP Company LLC. (Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 13 | Corporate Disclosure Statement by WP Company LLC. (Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 14 | MOTION to Dismiss for Failure to State a Claim by Ellen Nakashima, WP Company LLC. (Attachments: # 1 Proposed Order)(Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 15 | Memorandum in Support re 14 MOTION to Dismiss for Failure to State a Claim filed by Ellen Nakashima, WP Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 16 | MOTION to Transfer Case by Ellen Nakashima, WP Company LLC. (Attachments: # 1 Proposed Order)(Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 17 | Memorandum in Support re 16 MOTION to Transfer Case filed by Ellen Nakashima, WP Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Grama, Adithi) (Entered: 01/19/2021) |
| 01/19/2021 | 18 | Notice of Hearing Date set for 2/12/2021 re 16 MOTION to Transfer Case , 14 MOTION to Dismiss for Failure to State a Claim (Grama, Adithi) (Entered: 01/19/2021) |
| 01/21/2021 |  | Set Deadlines as to 16 MOTION to Transfer Case . Motion Hearing set for 2/12/2021 at 10:00 AM in Alexandria Telephonically before District Judge Liam O'Grady. (clar, ) (Entered: 01/21/2021) |
| 01/21/2021 |  | Set Deadlines as to 14 MOTION to Dismiss for Failure to State a Claim . Motion Hearing set for 2/12/2021 at 10:00 AM in Alexandria Telephonically before District Judge Liam O'Grady. (clar, ) (Entered: 01/21/2021) |
| 01/26/2021 | 19 | ORDER granting 10 Motion for Pro hac vice as to Kevin T. Baine. Signed by District Judge Liam O'Grady on 01/26/2021. (dvanm, ) (Entered: 01/26/2021) |
| 01/26/2021 | 20 | |

| | | |
|---|---|---|
| | | ORDER granting 11 Motion for Pro hac vice as to Thomas G. Hentoff. Signed by District Judge Liam O'Grady on 01/26/2021. (dvanm, ) (Entered: 01/26/2021) |
| 01/26/2021 | 21 | ORDER granting 12 Motion for Pro hac vice as to Nicholas G. Gamse. Signed by District Judge Liam O'Grady on 01/26/2021. (dvanm, ) (Entered: 01/26/2021) |
| 02/04/2021 | 22 | AMENDED COMPLAINT against All Defendants, filed by Devin G. Nunes.(Biss, Steven) (Entered: 02/04/2021) |
| 02/05/2021 | 23 | ORDERED to respond to Defendants' motion to transfer by Monday, February 8, 2021 at noon. Defendants may file a reply by the end of the day on Wednesday, February 10, 2021 in re 16 MOTION to Transfer Case. Signed by District Judge Liam O'Grady on 02/05/2021. (jlan) (Entered: 02/05/2021) |
| 02/07/2021 | 24 | Memorandum in Opposition re 16 MOTION to Transfer Case filed by Devin G. Nunes. (Biss, Steven) (Entered: 02/07/2021) |
| 02/10/2021 | 25 | REPLY to Response to Motion re 16 MOTION to Transfer Case filed by Ellen Nakashima, WP Company LLC. (Grama, Adithi) (Entered: 02/10/2021) |
| 02/11/2021 |  | Per LO chambers motion 16 to Transfer set for 2/12/2021 on the pleading.Per LO chambers motion 14 to Dismiss is Moot (clar, ) (Entered: 02/11/2021) |
| 02/18/2021 | 26 | MOTION to Dismiss for Failure to State a Claim by Ellen Nakashima, WP Company LLC. (Attachments: # 1 Proposed Order)(Grama, Adithi) (Entered: 02/18/2021) |
| 02/18/2021 | 27 | Memorandum in Support re 26 MOTION to Dismiss for Failure to State a Claim filed by Ellen Nakashima, WP Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Grama, Adithi) (Entered: 02/18/2021) |
| 02/18/2021 | 28 | Notice of Hearing Date set for 3/12/2021 re 26 MOTION to Dismiss for Failure to State a Claim (Grama, Adithi) (Entered: 02/18/2021) |
| 02/22/2021 |  | Set Deadlines as to 26 MOTION to Dismiss for Failure to State a Claim . Motion Hearing set for 3/12/2021 at 10:00 AM in Alexandria Telephonically before District Judge Liam O'Grady. (clar, ) (Entered: 02/22/2021) |
| 02/22/2021 | 29 | ORDER granting 16 Motion to Transfer Case. Signed by District Judge Liam O'Grady on 02/22/2021. (dvanm, ) (Entered: 02/22/2021) |
| 02/22/2021 |  | Case transferred to U.S. District for the District of Columbia. Original file, certified copy of transfer order, and docket sheet sent. (dvanm, ) (Entered: 02/22/2021) |