AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DEVIN G. NUNES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-CV-00506 (CJN) |
| WP COMPANY LLC & ELLEN NAKASHIMA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WP COMPANY LLC, ELLEN NAKASHIMA                                                                      .

Date:      03/02/2021

/s/ Thomas G. Hentoff
*Attorney's signature*

Thomas G. Hentoff, D.C. Bar No. 438394
*Printed name and bar number*

725 Twelfth Street, N.W.
Washington, DC 20005

*Address*

thentoff@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*