UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES, <br><br> Plaintiff, <br><br> v. <br><br> WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA, <br><br> Defendants. | Case No. 1:21-cv-00506 (CJN) |

## NOTICE OF RELATED CASE

Defendants WP Company LLC d/b/a the Washington Post (the "Post") and Ellen Nakashima (collectively "Defendants") submit this Notice of Related Case pursuant to Local Rule 40.5(b)(3), to notify the Court of a prior case in this District involving the same parties. Judge Mehta dismissed that case on December 24, 2020, *see Nunes v. WP Co.*, No. 1:20-cv-01403, 2020 WL 7668900 (D.D.C. Dec. 24, 2020), and it is currently on appeal, *see Nunes v. WP Co.*, Case No. 20-7121 (D.C. Cir.).

The instant case was recently transferred from the United States District Court for the Eastern District of Virginia. *See* Transfer Order, *Nunes v. WP Co.*, Case No. 1:20-cv-01405 (E.D. Va. Feb. 22, 2021), ECF 29. The transferring court concluded that the two cases both arise out of "Rep. Nunes's ongoing legal battles with the Post concerning the Post's allegedly defamatory publications about him" and have "striking factual similarities." *Id.* at 8, 9. In addition to Rep. Nunes and the Post being parties in both cases, Ms. Nakashima, a defendant in this case, was also a co-author of the article at issue in the earlier case.

The transferring court also observed that "the considerations in this case generally align with those at play in Nunes's other action." *Id.* at 9.  For example, the Post moved to dismiss both cases on the grounds that Rep. Nunes failed to plausibly allege that the Post published the articles at issue with actual malice, and Judge Mehta dismissed the first Rep. Nunes lawsuit against the Post on that basis.  *See Nunes*, 2020 WL 7668900, at *4–5.  In fact, Judge Mehta rejected as insufficient many of the same allegations that Rep. Nunes has repeated again in this case.  *Compare, e.g.*, *id.* at *5 (holding that Rep. Nunes's allegations of the Post's supposed "institutional hostility, hatred, extreme bias, spite and ill-will towards Plaintiff" were insufficient to establish actual malice) *with* Am. Compl. ¶ 22(e) (alleging that Defendants harbor an "institutional hostility, hatred, extreme bias, spite and ill-will towards Plaintiff"), ECF 22.[1]  In addition, in the instant case, Rep. Nunes specifically relies on his prior lawsuit as evidence of the Post's supposed motive to defame him; he claims that the article at issue here was "a calculated act of revenge by WaPo and Nakashima," in retaliation for the prior lawsuit.  *See* Am. Compl. ¶ 22(g).

Dated: March 2, 2021            Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:    */s/ Nicholas G. Gamse*

Kevin T. Baine (D.C. Bar No. 238600)
Thomas G. Hentoff (D.C. Bar No. 438394)
Nicholas G. Gamse  (D.C. Bar No. 1018297)

---

[1] *Compare also, e.g.*, *Nunes*, 2020 WL 7668900, at *4 (rejecting the allegation that Defendants "conceived the story line in advance of any investigation" as insufficient to establish actual malice) *with* Am. Compl. ¶ 22(c) (alleging that Defendants "conceived the story lines in advance of any investigation").  *See also* Mot. to Dismiss Am. Compl. at 17–19 (discussing these and other overlapping allegations), ECF 27.

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ngamse@wc.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, I electronically filed the foregoing Notice of Related Case with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants. I further certify that I sent a true copy of the foregoing to the following persons via U.S. mail, postage prepaid:

Steven S. Biss
Law Office of Steven S. Biss
300 West Main Street
Suite 102
Charlottesville, VA 22903

*/s/ Nicholas G. Gamse*
*Counsel for Defendants*