UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES, <br><br> *Plaintiff*, <br><br> v. <br><br> WP COMPANY LLC, et al., <br><br> *Defendants*. | Civil Action No. 1:21-cv-00506 (CJN) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 26, is **DENIED**.

DATE:  August 11, 2021

CARL J. NICHOLS
United States District Judge

1