IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WP COMPANY, LLC )<br>d/b/a The Washington Post )<br>    *et al* )<br>)<br>    Defendants. )<br>) | Case No. 1:21-cv-00506-CJN |

# [Proposed] ORDER

On this day, the Court considered Plaintiff, Devin G. Nunes's, motion to supplement amended complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure [*ECF No. 45*] (the "Motion").

Upon review of the matter and after due consideration of the Motion, and the arguments set forth in the Motion, Defendants' opposition to the Motion, and Plaintiff's reply, the Court GRANTS Plaintiff's Motion.

Plaintiff shall file his First Supplement to Amended Complaint within three (3) days of entry of this Order. Defendants shall file their response to Plaintiff's First Supplement to Amended Complaint with 21 days of service.

It is so ORDERED.

DATED: _____

                                                                          CARL J. NICHOLS
                                                                          United States District Judge