UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>        Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>        Defendants. | Case No. 1:21-cv-00506 (CJN) |

**CONSENT MOTION TO EXTEND TIME TO RESPOND
TO PLAINTIFF'S MOTION TO SUPPLEMENT**

Defendants WP Company, LLC, d/b/a The Washington Post and Ellen Nakashima, by their undersigned counsel, hereby move the Court pursuant to Fed. R. Civ. P. 6(b)(1) and 12(a)(4)(A) for entry of an Order extending the deadline for Defendants to respond to Plaintiff's Motion to Supplement from December 23, 2021 to January 7, 2022. Good cause exists for the extension. First, the proposed supplement contains new allegations including those concerning a new column published on December 7, 2021, and counsel for the Defendants expect that the opposition will include argument that any claim based on that new column would be futile. Second, the current briefing schedule conflicts with the upcoming holidays and related vacation plans for counsel for both parties.

No prior extensions on this motion have been previously granted and there are no other existing deadlines that will be impacted. Counsel for Plaintiff consents to the Motion.

Dated: December 15, 2021        Respectfully submitted,

                                                */s/ Thomas G. Hentoff*
                                           Kevin T. Baine (D.C. Bar No. 238600)

Thomas G. Hentoff (D.C. Bar No. 438394)
Nicholas G. Gamse (D.C. Bar No. 1018297)
Sean M. Douglass (D.C. Bar No. 1033069)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 15, 2021, I electronically filed the foregoing Consent Motion to Extend Time to Respond to Plaintiff's Motion to Supplement with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

*/s/ Thomas G. Hentoff*
*Counsel for Defendants*