UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>　　　　Defendants. | Case No. 1:21-cv-00506 (CJN) |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion to Supplement Amended Complaint (ECF No. 45), Defendants' Opposition to the Motion, and any Reply thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Supplement Amended Complaint (ECF No. 45) is **DENIED** with prejudice.


Entered: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**COPIES TO:**

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Sean M. Douglass
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ngamse@wc.com

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net