UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEVIN G. NUNES,

    Plaintiff,

v.

WP COMPANY LLC, d/b/a THE
WASHINGTON POST and ELLEN
NAKASHIMA,

    Defendants.

Case No. 1:21-cv-00506 (CJN)

## NOTICE OF CHANGE OF ADDRESS

Counsel for Defendants hereby submit this Notice of Change of Address to indicate that as of May 1, 2022, Williams & Connolly LLP is located at 680 Maine Avenue, SW, Washington, DC 20024. Counsel have submitted an update to the address on file in PACER.

Dated: May 2, 2022

Respectfully submitted,

*/s/ Sean M. Douglass*
Kevin T. Baine (D.C. Bar No. 238600)
Thomas G. Hentoff (D.C. Bar No. 438394)
Nicholas G. Gamse (D.C. Bar No. 1018297)
Sean M. Douglass (D.C. Bar No. 1033069)
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sdouglass@wc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

*/s/ Sean M. Douglass*
*Counsel for Defendants*