# EXHIBIT "D"

Privilege Log

Filed Separately Under Seal