UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>　　　　　Plaintiff,<br>　v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>　　　　　Defendants. | Case Number 1:21-cv-00506 (CJN) |

### **[PROPOSED] ORDER**

　　Having considered the Post's Unopposed Motion for Court-Issued Third-Party Subpoena to the National Archives and Records Administration, it is hereby

　　**ORDERED** that the Motion is **GRANTED** and that the subpoena attached as Exhibit A to the Post's Motion shall be issued by this Court, with a copy of this Order, to be served by Defendants upon the National Archives and Records Administration.  The subpoena may command that the National Archives and Record Administration produce copies of all documents, electronically stored information, and other records responsive to the requests enumerated in Exhibit A to the Motion.

Entered: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**COPIES TO:**

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Sean M. Douglass
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net