# EXHIBIT A

## **EXHIBIT A**

## **DEFINITIONS**

1. "All" and "each" shall be construed as all and each.

2. "Concern" and "concerning" are used in their broadest sense and include all matter relating to, referring to, describing, evidencing, or constituting the referenced subject.

3. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

4. "Document" is used in its broadest sense and includes, but is not limited to, all non-identical copies of the same document, all electronically stored information, and any other items whatsoever containing writings, drawings, sound recordings, pictures, or images. As used herein, "documents" includes, but is not limited to, all records, memoranda, reports, financial statements, handwritten and other notes, transcripts, paper, indices, letters, envelopes, telegrams, cables, electronic mail messages, telex messages, telecopies, telephone messages, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, summaries or records of meetings or conferences, minutes or transcriptions or notations of meetings or telephone conversations or other communications of any type, tabulations, studies, analysis, evaluations, projections, work papers, statements, summaries, opinions, journals, desk calendars, appointment books, diaries, billing records, checks, bank account statements, invoices, photographs, microfilms, tapes or other records, punch cards, magnetic tapes, discs, data cells, drums, printouts, other data compilations from which information can be obtained, and any other documents discoverable under the Federal Rules of Civil Procedure which are in your possession, custody, or control.

5. "Including" means "including but not limited to."

6. "House Permanent Select Committee on Intelligence Records" is used as it is defined in Rule VII of the Rules of the United States House of Representatives.

7. "Relate" and "relating to" are used in their broadest sense and include all matters embodying, containing, comprising, indicating, concerning, referring to, identifying, describing, discussing, involving, evidencing, or otherwise pertaining to the referenced subject.

8. "Executive Office of the President" and "EOP" means the Executive Office of the President and its components, offices, or directorates.

9. "White House Grounds" means any building on the White House compound, including but not limited to the White House and the Eisenhower Executive Office Building (EEOB), also referred to as the Old Executive Office Building.

10. "Devin Nunes's Staff" means employees of Devin Nunes's personal staff and any employees who reported to Devin Nunes in his capacity as a Member of Congress or as Chairman of the House Permanent Select Committee on Intelligence in March 2017, including Chelsey Campbell, Nick Ciarlante, Bill Flanigan, Scott Glabe, Derek Harvey, Andrew House, Cordell Hull, Geof Kahn, Steve Keith, Jack Langer, Lisa Major, Damon Nelson, George Pappas, Kash Patel, Doug Presley, Marissa Skaggs, Angel Smith, Allen Souza, Mark Stewart, Shannon Stuart, Jacqueline Tame, Crystal Ervin, Kendra Fowler, Ruth Hazdovac, Terrie Headrick, Clarissa Henderson, Kathryn Hopper, Maria Matan, Rodolfo Mendoza, Jennifer Morrow, Jillian Plank, Anthony Ratekin, Melissa Semoes, and Caitlin Shannon.

11. "Adam Schiff's Staff" means employees of Adam Schiff's personal staff and any employees who reported to Adam Schiff in his capacity as a Member of Congress or as Ranking Member of the House Permanent Select Committee on Intelligence in March 2017.

12. "You" and "your" means the National Archives and Records Administration.

13. The terms "and" and "or" shall be construed either disjunctively or conjunctively, and the singular shall be deemed to include the plural and *vice versa*, as necessary to bring within the scope of the request any response that might otherwise be construed to be outside its scope.

## INSTRUCTIONS

1. These requests are made pursuant to Federal Rule of Civil Procedure 45, the Presidential Records Act, and the Federal Records Act and the instructions and definitions contained therein, which are an integral part of these requests and which shall be read into and control each particular request.

2. These requests apply to all documents in your possession, custody, or control, regardless of the location of such documents and regardless whether such documents are held by attorneys, agents, employees, representatives, or anyone else acting on your behalf.

3. References to any natural person shall be deemed to include that person's agents, attorneys, representatives, or employees.

4. Documents produced in response to these requests should be produced as they are kept in the usual course of business or should be organized and labeled to correspond with the categories in the request.

5. If, in responding to any of these requests, you encounter any ambiguity in construing either the request or a definition or instruction relevant to it, set forth the matter deemed ambiguous and the construction selected or used in responding to the request.

6. No part of any request may be left unanswered merely because you assert an objection to another part of that request. If you object to any part of a request, state the basis for that objection and identify the portion of the request to which your objection applies.

7. As to any document that is lost, previously destroyed, transferred to others, or otherwise disposed of, describe the document, explain the circumstances surrounding disposition of the document, state the date or approximate date of that disposition, and identify the person who you believe has control of the document.

8. If you object to the production of any document called for by a request because of a claim of privilege, provide a privilege log describing each such document consistent with Federal Rule of Civil Procedure 45(e)(2)(A). If your objection is based on claims of constitutionally based privilege against disclosure pursuant to Section 2208 of the Presidential Records Act, promptly provide notice consistent with the requirements of Section 2208.

## DOCUMENTS TO BE PRODUCED

1. All White House visitor records—including, but not limited to, records from the White House Worker and Visitor Entry System (WAVES), records from the Access Control Records System (ACR), and any paper files or other records concerning requests for access to the White House Grounds—relating to visits to the White House Grounds by Devin Nunes or any member of his Staff between January 20, 2017 and April 1, 2017.

2. All White House visitor records—including, but not limited to records from WAVES, ACR, and any paper files or other records concerning requests for access to the White House Grounds—relating to visits to the White House Grounds by Congressman Adam Schiff or any member of his Staff between January 20, 2017 and April 1, 2017.

3. All audio recordings, video recordings, transcripts, or notes relating to Devin Nunes's meetings on the White House Grounds on March 21, 2017 or March 22, 2017.

4. All documents and communications received, reviewed, prepared, or sent by EOP employees between January 20, 2017 and April 1, 2017 relating to visits by Devin Nunes to the White House Grounds on March 21, 2017 and March 22, 2017.

5. All documents and communications received, reviewed, prepared, or sent by EOP employees between January 20, 2017 and April 1, 2017 relating to Devin Nunes's statements concerning alleged surveillance of former President Donald Trump, Trump Tower, the Trump campaign, or the Trump presidential transition team.

6. All documents and communications received, reviewed, prepared, or sent by EOP employees between January 20, 2017 and April 1, 2017 referring or relating to Donald Trump's statements that he felt "somewhat" vindicated by Nunes's March 22, 2017 surveillance announcement and "very much appreciated the fact that they found what they found."

7. All records relating to the reservation or use of a Sensitive Compartmented Information Facility (SCIF) on the White House Grounds by Devin Nunes, any member of Devin Nunes's Staff, Michael Ellis, Ezra Cohen-Watnick, or John Eisenberg on March 21, 2017.

8. All House Permanent Select Committee on Intelligence Records relating to Devin Nunes's March 21, 2017 and March 22, 2017 visits to the White House Grounds.

Dated: May 20, 2022

/s/ *Thomas G. Hentoff*
Kevin T. Baine (D.C. Bar No. 238600)
Thomas G. Hentoff (D.C. Bar No. 438394)
Nicholas G. Gamse (D.C. Bar No. 1018297)
Sean M. Douglass (D.C. Bar No. 1033069)
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

*Counsel for WP Company LLC d/b/a The Washington Post and Ellen Nakashima*