UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>      Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>      Defendants. | Case No. 1:21-cv-00506 (CJN) |

## JOINT MOTION TO EXTEND FACT DISCOVERY AND RELATED DEADLINES

Pursuant to Fed. R. Civ. P. 6(b)(1), the Court's March 8, 2021 Standing Order for Civil Cases, ECF No. 37 ¶ 9, and the Court's June 13, 2022 Minute Order, Plaintiff Devin G. Nunes and Defendants WP Company, LLC d/b/a The Washington Post and Ellen Nakashima, by their undersigned counsel, jointly request extension of the deadline for the parties to complete fact discovery by approximately three months, from September 30, 2022 to December 21, 2022, with similar extensions to the remaining case deadlines for expert discovery (from January 6, 2023 to March 31, 2023, with Plaintiff's expert disclosures due on January 6, 2023, Defendants' expert disclosures due on February 3, 2023, and Plaintiff's rebuttal expert disclosures due on March 3, 2023), and summary judgment motions (from February 3, 2023 to April 28, 2023), oppositions (from March 3, 2023 to May 26, 2023), and replies (from April 7, 2023 to June 30, 2023).

Good cause exists for the extension. The parties have been engaging in discovery, and have fully briefed motions to compel as directed by the Court. ECF Nos. 54 & 56. The parties expect that the Court's resolution of those motions will inform the nature and scope of additional discovery. The parties agree that a three-month extension is reasonable, but may request additional time depending on the resolution of motions practice. Fact discovery was previously

extended by three months from April 1, 2022 to July 1, 2022, pursuant to the Court's March 15, 2022 Minute Order, and was further extended by three months from July 1, 2022 to September 30, 2022, pursuant to the Court's June 13, 2022 Minute Order.

The parties respectfully submit the attached proposed Order, which would postpone the deadline for fact discovery and related deadlines by approximately three months.

Dated: September 6, 2022            Respectfully submitted,

/s/ Thomas G. Hentoff
Kevin T. Baine (D.C. Bar No. 238600)
Thomas G. Hentoff (D.C. Bar No. 438394)
Nicholas G. Gamse (D.C. Bar No. 1018297)
Sean M. Douglass (D.C. Bar No. 1033069)
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

*Counsel for Defendants*


/s/ Steven S. Biss
Richard S. Basile (D.C. Bar No. 374069)
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss (admitted *pro hac vice*)
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically filed the foregoing Joint Motion to Extend Fact Discovery and Related Deadlines with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

*/s/ Thomas G. Hentoff*
*Counsel for Defendants*