# EXHIBIT 5

| | |
|---|---|
| **From:** | Steven S. Biss <stevenbiss@earthlink.net> |
| **Sent:** | Friday, December 10, 2021 11:32 AM |
| **To:** | Gamse, Nicholas |
| **Cc:** | Hentoff, Tom; Douglass, Sean |
| **Subject:** | Re: Nunes Resignation |

Nick,

Thank you for this email.

Congressman Nunes's announcement earlier this week that he will be leaving Congress and joining TMTG, reported on by Philip Bump, has no impact on his efforts to preserve relevant documents and information.  Any and all relevant documents have been preserved.

Call or email me if you have any questions.

**From:** Gamse, Nicholas
**Sent:** Thursday, December 09, 2021 10:51 PM
**To:** Steven S. Biss
**Cc:** Hentoff, Tom ; Douglass, Sean
**Subject:** Nunes Resignation

Steve,

Congressman Nunes announced earlier this week that he intends to resign from Congress later this month.  In light of this announcement, I am writing to confirm that Congressman Nunes is taking appropriate steps to ensure the preservation of and continued access to all documents that may be relevant to his ongoing litigation with the Washington Post after he leaves office, including those documents held by his current or former Campaign Staff, Congressional Office Staff, or Intelligence Committee Staff.  Please inform us immediately—and no later than Tuesday, December 14—if that is not the case.

Regards,

Nick Gamse

**Nicholas G. Gamse**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5690 | (F) 202-480-8371
ngamse@wc.com | www.wc.com/ngamse

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the

message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.