# EXHIBIT 8

| | |
|---|---|
| **From:** | Steven S. Biss |
| **To:** | Hentoff, Tom; Gamse, Nicholas; Douglass, Sean |
| **Cc:** | Richard Basile |
| **Subject:** | Fourth Supplemental Discovery Responses |
| **Date:** | Wednesday, November 16, 2022 6:21:10 PM |
| **Attachments:** | Fourth Supplemental Discovery Responses - 11.16.22.pdf |

All,

Attached in PDF are Plaintiff's Fourth Supplemental Discovery Responses.

We reviewed the concerns outlined in your letter.  We have responded fully to the Court's Order.  We have no further information or documents to supply.

Please provided available dates for the depositions of Ellen Nakashima, Greg Miller and Washington Post immediately.


Steven S. Biss

(Virginia State Bar # 32972)

300 West Main Street, Suite 102

Charlottesville, Virginia 22903

Telephone (804) 501-8272

Facsimile: (202) 318-4098

Email: stevenbiss@earthlink.net

Email: stevensbiss@protonmail.ch

https://truthsocial.com/@stevenbiss

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.