# EXHIBIT 17

| | |
|---|---|
| **From:** | Nelson, Damon |
| **To:** | Simms, Cindy B. EOP/WHO |
| **Cc:** | Scully, Bethany S. EOP/WHO; Gover, Jim L. EOP/WHO; Curry, Cat E. EOP/WHO; Morrow, Jennifer; Shannon, Caitlin |
| **Subject:** | Re: WAVES Info for Nunes |
| **Date:** | Wednesday, March 22, 2017 1:01:13 PM |

Adding Caitlin and Jennifer who can handle the logistics.

Sent from my iPhone

> On Mar 22, 2017, at 12:59 PM, Simms, Cindy B. EOP/WHO <cindy.b.simms@who.eop.gov> wrote:
>
> Have him arrive a few minutes early, but plan on start 2:15pm. I can meet him outside the West Wing and get him to where he needs to be.
>
> Need full legal name, dob, citizen?, and city of residence.
>
> Cat/Jim: Bethany is aware of this. Chairman Nunes is coming over to brief POTUS at 2:15pm.
>
>
> -Cindy
>
> Cindy B. Simms
> Special Assistant to the President
> White House, Office of Legislative Affairs
> cindy.b.simms@who.eop.gov
>
> Official correspondence for the President may be sent to: legislativeaffairs45@who.eop.gov
>

MORROW0000005