# EXHIBIT 19

| | |
|---|---|
| From: | The White House |
| To: | Morrow, Jennifer |
| Subject: | RSVP Confirmation |
| Date: | Wednesday, March 22, 2017 1:18:58 PM |



Dear Devin,

Thank you for submitting your RSVP. We have received your information. Please reach out to your point of contact with any questions.

Sincerely,
The White House

*The White House • 1600 Pennsylvania Avenue, N.W. • Washington, D.C. 20500 • 202-456-1111*