**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEVIN G. NUNES,

       Plaintiff,

v.

WP COMPANY LLC, d/b/a THE
WASHINGTON POST and ELLEN
NAKASHIMA,

       Defendants.

Case No. 1:21-cv-00506 (CJN)

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Enforce Compliance with the October 25

Order and for Sanctions, Plaintiff's Opposition to the Motion, and Defendants' Reply thereto, it

is hereby

**ORDERED** that Defendants' Motion to Enforce Compliance with the October 25 Order

and for Sanctions is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall, consistent with the Federal Rules of Civil

Procedure, supplement interrogatory responses, conduct a reasonably diligent search for and

produce responsive documents, and certify his compliance efforts to the Court.  Specifically, the

Court **ORDERS** the following:

1.      Within fourteen (14) days, Plaintiff shall comply with subparts (1) – (4) of the

        October 25, 2022 Order.  *See* ECF No. 65.  Plaintiff's supplemental interrogatory

        responses must be verified.  Plaintiff shall also produce all nonprivileged

        documents responsive to the Post's Requests for Production Nos. 42 through 59

        that have not yet been produced.  Plaintiff shall produce any original metadata for

all documents, including all previously produced documents.

2.      Plaintiff shall provide a declaration, sworn under oath, to the Court within

fourteen (14) days from the date of entry of this Order describing in detail all the

steps he has taken to comply with both the Court's October 25, 2022 Order and

this Order.

3.      Plaintiff shall provide testimony at a supplemental deposition regarding the topics

addressed in this Order and the October 25, 2022 Order, including but not limited

to his document retention, and his search for and production of responsive

documents and information, including from his staff.  The deposition will take

place in Washington, D.C., within thirty (30) days of the entry of this Order.  The

deposition shall be no more than four hours in duration and will not count against

the seven hours available to Defendants for any deposition pursuant to Federal

Rule of Civil Procedure 30(d)(1).

4.      Pursuant to Rule 37(b)(2)(C), Plaintiff shall reimburse Defendants any reasonable

attorneys' fees and costs associated with filing their Motion to Enforce

Compliance with the October 25 Order and for Sanctions and the supplemental

deposition.  Defendants may file an application for such fees and costs within

sixty (60) days of this Order.


Entered: _____                    _____

                                                    Hon. Carl J. Nichols
                                                    United States District Judge

2

**COPIES TO:**

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Sean M. Douglass
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net