# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEVIN G. NUNES,

    *Plaintiff*,

v.

WP COMPANY LLC, *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-00506 (CJN)

## ORDER

Having considered Defendants' Motion to Enforce Compliance with the October 25, 2022 Order, Plaintiff's Opposition to the Motion, Defendants' Reply, and the Parties' arguments at the January 25, 2023 hearing, it is hereby

**ORDERED** that Defendants' Motion to Enforce Compliance is **GRANTED IN PART, DENIED IN PART**, and **HELD IN ABEYANCE IN PART**; and it is further

**ORDERED** that, within 21 days of the entry of this Order, Plaintiff shall, consistent with the Federal Rules of Civil Procedure:

1. Provide a complete account of each of his activities and whereabouts on March 21, 2017, which shall include, in chronological order, (A) each specific location Plaintiff visited that day; (B) the specific time Plaintiff arrived at each location; (C) the specific time Plaintiff departed each location; and (D) the person or persons who were present at each location.

2. Identify every individual on Plaintiff's staff who communicated with anyone regarding any aspect of Plaintiff's March 21 and 22 visits to the White House.

1

3. Identify every individual who worked on Plaintiff's campaign website post about "lawsuits against The Washington Post," including any and all individuals who reviewed the website post and/or proposed edits to it.

4. Identify every individual who has or may have knowledge about the following topics:

    a. the approximate time at which Plaintiff departed for the White House on March 21, 2017;

    b. the approximate time at which Plaintiff arrived at the White House on March 21, 2017;

    c. the approximate time at which Plaintiff left the White House on March 21, 2017;

    d. Plaintiff's activities and whereabouts after leaving the White House on March 21, 2017;

    e. the purpose of Plaintiff's visit to the White House on March 21, 2017;

    f. the purpose of Plaintiff's visit to the White House on March 22, 2017; and

    g. the nature of the documents and/or materials that Plaintiff reviewed at the White House on March 21, 2017.

5. For each individual identified in response to paragraphs (2)–(3) above, and any individual identified in response to paragraph (4) above who worked on either Plaintiff's staff or Plaintiff's campaign, identify every repository used by that individual, from 2017 to present, to send, receive, and store communications and/or documents. Plaintiff shall also identify every repository he personally used, from 2017 to present, to send, receive, and store communications and/or documents.

6. For each repository identified in response to paragraph (5) above, produce all non-privileged documents responsive to the Defendants' Requests for Production Nos. 1 through 59 that have not yet been produced. Plaintiff shall also produce original metadata (if any) for all documents, including for all previously produced documents. If Plaintiff lacks access to a specific repository, he shall notify Defendants and explain why he lacks access.

7. Submit a signed declaration describing in detail the steps Plaintiff took to comply with each paragraph of this Order and certifying that he made all reasonable efforts to ensure compliance; and it is further

**ORDERED** that Defendants' requests for a deposition and sanctions are **HELD IN ABEYANCE**; and it is further

**ORDERED** that Defendants' Motion is otherwise **DENIED**.

DATE: February 1, 2023

_____
CARL J. NICHOLS
United States District Judge