UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>       Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>       Defendants. | Case No. 1:21-cv-00506 (CJN) |

## JOINT MOTION TO RESET FACT DISCOVERY AND RELATED DEADLINES

Pursuant to the Court's request during the parties' April 5, 2023 status conference, and the Court's September 19, 2022 and December 6, 2022 Minute Orders relating to fact discovery and related deadlines, Plaintiff Devin G. Nunes and Defendants WP Company, LLC d/b/a The Washington Post and Ellen Nakashima, by their undersigned counsel, jointly request that the Court reset the deadline for the parties to complete fact discovery to June 30, 2023, and reset the remaining case deadlines for expert discovery (to September 29, 2023, with Plaintiff's expert disclosures due on July 10, 2023, Defendants' expert disclosures due on August 11, 2023, and Plaintiff's rebuttal expert disclosures due on September 8, 2023), and summary judgment motions (to October 25, 2023), oppositions (to November 22, 2023), and replies (to December 20, 2023).

The parties respectfully submit the attached proposed Order.

Dated: April 26, 2023                   Respectfully submitted,

/s/ *Thomas G. Hentoff*
Kevin T. Baine (D.C. Bar No. 238600)
Thomas G. Hentoff (D.C. Bar No. 438394)
Nicholas G. Gamse (D.C. Bar No. 1018297)
Sean M. Douglass (D.C. Bar No. 1033069)
Alexandra M. Gutierrez (D.C. Bar No. 1619149)
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

*Counsel for Defendants*


/s/ *Steven S. Biss*
Richard S. Basile (D.C. Bar No. 374069)
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss (admitted *pro hac vice*)
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, I electronically filed the foregoing Joint Motion to Reset Fact Discovery and Related Deadlines with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

<u>/s/ Thomas G. Hentoff</u>
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>      Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>      Defendants. | Case No. 1:21-cv-00506 (CJN) |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion to Reset Fact Discovery and Related Deadlines, and for good cause shown, it is hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall conclude fact discovery on or before June 30, 2023; shall conclude expert discovery on or before September 29, 2023, with Plaintiff's expert disclosures due on or before July 10, 2023, Defendants' expert disclosures due on or before August 11, 2023, and Plaintiff's rebuttal expert disclosures due on or before September 8, 2023; and shall file summary judgment motions on or before October 25, 2023, with oppositions due on or before November 22, 2023, and replies due on or before December 20, 2023.

Entered: _____

                                                                         Hon. Carl J. Nichols
                                                                         United States District Judge

**COPIES TO:**

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Sean M. Douglass
Alexandra M. Gutierrez
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net