AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DEVIN G. NUNES ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00506-CJN |
| WP COMPANY LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Devin G. Nunes                                                                                                    .

Date:  09/12/2023                                                         /s/ Jason C. Greaves
                                                                                         *Attorney's signature*

                                                                           Jason C. Greaves, DC Bar No. 1033617
                                                                                  *Printed name and bar number*

                                                                                    Binnall Law Group, PLLC
                                                                                    717 King Street, Suite 200
                                                                                    Alexandria, Virginia 22314

                                                                                              *Address*

                                                                                      jason@binnall.com
                                                                                        *E-mail address*

                                                                                        (703) 888-1943
                                                                                      *Telephone number*

                                                                                        (703) 888-1930
                                                                                          *FAX number*