# EXHIBIT 29

Page 1

1            IN THE UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF COLUMBIA
3                         - - - - -
4
  DEVIN G. NUNES,                  )
5                                  )
          Plaintiff,               )  Civil Action No.
6                                  )  1:21-cv-00506 (CJN)
          vs.                      )
7                                  )
  WP COMPANY, LLC, d/b/a THE       )
8 WASHINGTON POST and ELLEN        )
  NAKASHIMA,                       )
9                                  )
          Defendants.              )
10
11      VIDEO RECORDED DEPOSITION OF MICHAEL ELLIS
12         Tuesday, December 13, 2022, 10:00 a.m.
13
14                      CLARE LOCKE
15                   10 Prince Street
16                  Alexandria, Virginia
17
18
19
20
21  Reported By: Marjorie Peters, FAPR, RMR, CRR, RSA
22  Job Number: PA 5618796

Page 2

1    VIDEO RECORDED DEPOSITION OF MICHAEL ELLIS,

2  a witness herein, called by the Defendant for

3  examination, taken pursuant to the Subpoena, by and

4  before Marjorie Peters, a Registered Merit Reporter,

5  Certified Realtime Reporter and Notary Public in and

6  for the Commonwealth of Virginia, at CLARE LOCKE, 10

7  Prince Street, Alexandria, Virginia, on Tuesday,

8  December 13, 2022, at 10:00 a.m.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
                                                           Page 3

 1                  A P P E A R A N C E S
 2    For the Plaintiff:
 3       Stephen S. Biss, Esquire
         300 West Main Street
 4       Suite 102
         Charlottsville, VA 22903
 5       stevenbiss@earthlink.net
 6    For the Defendant:
 7       Sean M. Douglass, Esquire
         Thomas Hentoff, Esquire
 8       WILLIAMS & CONNOLLY LLP
         680 Maine Avenue SW
 9       Washington, DC 20024
         sdouglass@wc.com
10       Thentoff@wc.com
         202-434-5471
11
12    For the Witness:
13      Elizabeth M. Locke, P.C.
        CLARE LOCKE LLP
14      10 Prince Street
        Alexandria , VA 22314
15      Libby@clarelocke.com
        202-628-7400
16
17    ALSO PRESENT:
18    David Campbell, legal videographer
19
20
21
22
```

1                        I N D E X

2    EXAMINATION                                        PAGE

3    MICHAEL ELLIS

4      By Mr. Douglass                                  7

5      By Mr. Biss                                      180

6      By Mr. Douglass                                  194

7      By Ms. Locke                                     196

8      Acknowledgment of Deponent                       199

9      Certificate of Reporter                          200

10     Errata Sheet                                     201

11

12            I N D E X   O F   E X H I B I T S

13   EXHIBIT                                            PAGE

14    Exhibit 9       Press Release 1.25.2017           34

15    Exhibit 10      White House website staff         40

16                    announcement, 3.7.2017

17    Exhibit 11      e-mail chain, 3.19.2017           46

18    Exhibit 12      e-mail chain, MJE00158-162        65

19    Exhibit 13      transcript of new                 100

20                    conference, 3.22.2017,

21                    POST_1-21_cv_506_00000142-        148

22

Page 5

1           I N D E X   O F   E X H I B I T S

2    EXHIBIT                                           PAGE

3     Exhibit 14      e-mail chain, 3.30.2017,         123

4                     MJE00005

5     Exhibit 15      transcript of press              148

6                     conference, 3.22.2017

1    over and talked with Deb Severn; correct?
2        A.    (Nods head up and down.)
3        Q.    Who else at the White House was aware
4    ahead of time that Mr. Nunes was coming to the White
5    House on March 21, 2017?
6        A.    I don't know.
7        Q.    When were you first aware that Mr. Nunes
8    would be coming to the White House?
9        A.    I don't recall if it was March 20th or
10   March 21st.
11       Q.    When did you first discuss with
12   Mr. Nunes the possibility of him coming to the White
13   House that day?
14       A.    March 21st.
15       Q.    Do you recall that conversation?
16       A.    I recall that I called him on his cell
17   phone, and I remember that I had to step out into
18   the hallway to access my cell phone to pull his
19   phone number, and make the phone call.
20              I recall it was a very -- a pretty
21   short conversation, that I told him that there was
22   some information that we thought was important for

Page 199

1       CERTIFICATE OF COURT REPORTER

2

3           I, Marjorie Peters, Fellow of the Academy of

4    Reporting, Registered Merit Reporter, Certified

5    Realtime Reporter, Notary Public the Commonwealth of

6    Virginia, before whom the foregoing deposition was

7    taken, do hereby certify that the foregoing

8    transcript is a true and correct record of the

9    testimony given; that said testimony was taken by me

10    stenographically and thereafter reduced to

11    typewriting under my direction and that I am neither

12    counsel for, related to, nor employed by any of the

13    parties to this case and have no interest, financial

14    or otherwise, in its outcome.

15           I further certify that signature was not

16    waived by the witness.

17           IN WITNESS WHEREOF, I have hereunto set my

18    hand this 19th day of December, 2022.

19

20    *[signature: Marjorie Peters]*

21

      Marjorie Peters, FAPR, RMR, CRR

22    My Commission expires on August 31, 2024.

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:   THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.   PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.