UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>            Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>            Defendants. | Case No. 1:21-cv-00506 (CJN) |

**DECLARATION OF THOMAS G. HENTOFF IN SUPPORT OF
THE POST'S MOTION FOR SUMMARY JUDGMENT**

I, Thomas G. Hentoff, declare:

1. I am an attorney admitted to practice before this Court and am a partner at the law firm of Williams & Connolly LLP. I am counsel for WP Company LLC, d/b/a The Washington Post and Ellen Nakashima ("The Post") in the above-captioned matter.

2. I submit this Declaration in support of The Post's Motion for Summary Judgment.

3. A review of public records shows that, excluding this litigation, former Representative Devin Nunes ("Nunes") has filed at least seven defamation lawsuits against news organizations since 2019. They are: *Nunes v. McClatchy*, CL19-629, Compl. (Albemarle Cnty. Cir. Ct. Apr. 8, 2019); *Nunes v. Lizza*, 5:19-cv-04064, Compl., ECF No. 1 (N.D. Iowa Sept. 30, 2019); *Nunes v. WP Co. LLC*, 20-cv-01403-APM, Compl., ECF No. 1 (D.D.C. Mar. 2, 2020); *Nunes v. Cable News Network, Inc.*, 1:20-cv-03976, Compl., ECF No. 1 (S.D.N.Y. May 22, 2020); *Nunes v. NBCUniversal Media, LLC*, 1:22-cv-01633, Compl., ECF No. 1 (S.D.N.Y. Aug. 3, 2021);

*Nunes v. Cable News Network, Inc.*, 1:22-cv-02659, Compl., ECF No. 1 (M.D. Fla. Nov. 19, 2022); *Nunes v. Guardian*, 2023 CA 003668 NC, Compl., Dkt. 2 (Sarasota Cnty. Cir. Ct. Apr. 3, 2023).

4. Exhibit 1 is a true and correct copy of POST_1-21-cv-506_00000001, an article headlined "White House official and former GOP political operative Michael Ellis named as NSA general counsel," authored by Ellen Nakashima and published to The Post's website on November 9, 2020.

5. Exhibit 2 is a true and correct copy of POST_1-21-cv-506_00000003, an article headlined "Trump loyalist named to NSA post," authored by Ellen Nakashima and published in The Post's print edition on November 10, 2020.

6. Exhibit 3 is a true and correct copy of POST_1-21-cv-506_00001636, a November 17, 2020 email from Nunes's counsel to Ellen Nakashima, including a copy of a letter and the Complaint in this matter.

7. Exhibit 4 is a true and correct copy of POST_1-21-cv-506_00000004, which reflects the December 8, 2020 online correction made to the article headlined "White House official and former GOP political operative Michael Ellis named as NSA general counsel," authored by Ellen Nakashima and published to The Post's website on November 9, 2020.

8. Exhibit 5 is a true and correct copy of POST_1-21-cv-506_00000006, which reflects the December 8, 2020 print correction made to the article headlined "Trump loyalist named to NSA post," authored by Ellen Nakashima and published in The Post's print edition on November 10, 2020.

9. Exhibit 6 is a true and correct copy of *Nunes v. Lizza*, 5:19-cv-04064-CJW-MAR, ECF No. 121-12 (Nov. 1, 2022), which is a transcript excerpt of the videotaped deposition of Nunes, conducted on August 10, 2021.

10. Exhibit 7 is a true and correct copy of POST_1-21-cv-506_00000142, which is a transcript of a March 22, 2017 press conference, as prepared by CQ Transcripts.

11. Exhibit 7a is a true and correct copy of a March 22, 2017 press conference, held by Nunes at the U.S. Capitol, broadcast by C-SPAN2.

12. Exhibit 8 is a true and correct copy of a transcript of the Situation Room, broadcast on CNN on March 27, 2017.

13. Exhibit 8a is a true and correct copy of a video excerpt of the Situation Room, broadcast on CNN on March 27, 2017.

14. Exhibit 9 is a true and correct copy of Greg Miller Deposition Exhibit 46, which is a transcript of The Lead with Jake Tapper, broadcast on CNN on March 22, 2017.

15. Exhibit 9a is a true and correct copy of a video excerpt of The Lead with Jake Tapper, broadcast on CNN on March 22, 2017.

16. Exhibit 10 is a true and correct copy of POST_1-21-cv-506_00002327, a transcript of Hannity, broadcast on Fox News on March 23, 2017.

17. Exhibit 10a is a true and correct copy of Nunes Deposition Exhibit 87, a video excerpt of Hannity, broadcast on Fox News on March 23, 2017.

18. Exhibit 11 is a true and correct copy of POST_1-21-cv-506_00000142, which is a transcript of a March 22, 2017 press conference, as prepared by CQ Transcripts.

19. Exhibit 11a is a true and correct copy of video of Nunes Deposition Exhibit 88, a March 22, 2017 press conference, broadcast by C-SPAN2.

20. Exhibit 12 is a true and correct copy of POST_1-21-cv-506_00002315, "President Trump's Interview With TIME on Truth and Falsehoods," conducted by Michael Scherer and published by Time on March 23, 2017.

21. Exhibit 13 is a true and correct copy of an article headlined "U.S. Sanctions Russia Over Election Hacking; Moscow Threatens to Retaliate," authored by Carol E. Lee and Paul Sonne, and published by the Wall Street Journal on December 29, 2016.

22. Exhibit 14 is a true and correct copy of an article headlined "Trump Campaign Aides Had Repeated Contacts With Russian Intelligence," authored by Michael S. Schmidt, Mark Mazzetti and Matt Apuzzo, and published by the New York Times on February 14, 2017.

23. Exhibit 15 is a true and correct copy of Nunes Deposition Exhibit 81, a series of Twitter posts by President Donald Trump, @realDonaldTrump, posted on March 4, 2017.

24. Exhibit 16 is a true and correct copy of an article headlined "Former U.S. intelligence chief rejects Trump wiretap accusation," authored by John Whitesides and James Oliphant, and published by Reuters on March 5, 2017.

25. Exhibit 17 is a true and correct copy of an article headlined "Spicer: Trump 'doesn't really think' Obama wiretapped him personally," authored by Madeline Conway, and published by Politico on March 13, 2017.

26. Exhibit 18 is a true and correct copy of an article headlined "Trump Faces Furor Over Unsubstantiated Claim Obama Wiretapped Him," authored by Ted Mann and published by the Wall Street Journal on March 4, 2017.

27. Exhibit 19 is a true and correct copy of a Joint Statement from Senate Intelligence Committee Leaders on Wiretapping Evidence at Trump Tower, released on March 16, 2017.

28. Exhibit 20 is a true and correct copy of a transcript of Tucker Carlson Tonight, broadcast on Fox News on March 15, 2017.

29. Exhibit 20a is a true and correct copy of a video excerpt of Tucker Carlson Tonight, broadcast on Fox News on March 15, 2017.

30. Exhibit 21 is a true and correct copy of a March 7, 2017 press conference broadcast by C-SPAN.

31. Exhibit 22 is a true and correct copy of a March 15, 2017 press conference broadcast by C-SPAN.

32. Exhibit 23 is a true and correct copy of POST_1-21-cv-506_00000052, which is an excerpt of a transcript of the House Permanent Select Committee on Intelligence's March 20, 2017 hearing on the Russian Active Measures Investigation, as prepared by CQ Transcripts.

33. Exhibit 24 is a true and correct copy of an article headlined "Comey Confirms F.B.I. Inquiry on Russia; Sees No Evidence of Wiretapping," authored by Matthew Rosenberg, Emmarie Huetteman and Michael S. Schmidt and published by the New York Times on March 20, 2023.

34. Exhibit 25 is a true and correct copy of 077P-R000000439_0001, a March 21, 2017 email sent from Royal Crown Mailbox to WHIT Operations Center Mailbox, produced by the National Archives and Records Administration.

35. Exhibit 26 is a true and correct copy of a transcript excerpt of Caitlin Canter's May 10, 2023 deposition in this matter.

36. Exhibit 27 is a true and correct copy of Nunes Deposition Exhibit 82, which is titled "Plaintiff's Supplemental Answers and Responses to Defendants' Discovery Requests and Compliance With the Court's 02/01/2023 Order" and dated February 22, 2023.

37. Exhibit 28 is a true and correct copy of 077P-R000000046_0001, a White House Worker and Visitor Entry System ("WAVES") record produced by the National Archives and Records Administration.

38. Exhibit 29 is a true and correct copy of a transcript excerpt of Michael Ellis's December 13, 2022 deposition in this matter.

39. Exhibit 30 is a true and correct copy of a transcript excerpt of Nunes's June 21, 2023 deposition in this matter.

40. Exhibit 31 is a true and correct copy of a transcript excerpt of Jilian Plank Souza's May 12, 2023 deposition in this matter.

41. Exhibit 32 is a true and correct copy of Nunes Deposition Exhibit 89, which is an image capture of the March 22, 2017 broadcast of the Fox News program The Five.

42. Exhibit 33 is a true and correct copy of an article headlined, "Monitoring May Have 'Incidentally' Picked Up Trump Aides, House Member Says," authored by Matthew Rosenberg, Adam Goldman and Emmarie Huetteman, and published by the New York Times on March 22, 2017.

43. Exhibit 34 is a true and correct copy of an article headlined "G.O.P. Panel Chairman Apologizes for Withholding Trump Data From Democrats," authored by Emmarie Huetteman and published by the New York Times on March 23, 2017.

44. Exhibit 35 is a true and correct copy of an article headlined "Nunes apologizes for going directly to White House with monitoring claims," authored by Austin Wright and Nolan D. McCaskill and published by Politico on March 23, 2017.

45. Exhibit 36 is a true and correct copy of an article headlined "Nunes apologized to Democrats after surveillance comments: aide," authored by Reuters Staff and published by Reuters on March 23, 2017.

46. Exhibit 37 is a true and correct copy of a transcript of a March 23, 2017 press briefing by White House Press Secretary Sean Spicer, hosted by the National Archives and Records Administration.

47. Exhibit 38 is a true and correct copy of Caitlin Canter Deposition Exhibit 27, an article headlined "Who cleared Devin Nunes into the White House?" authored by Jake Tapper, published by CNN on March 27, 2017, and updated on March 28, 2017.

48. Exhibit 39 is a true and correct copy of Jack Langer Deposition Exhibit 65, which is an article headlined, "Devin Nunes plot thickens as his spokesman concedes he met source for surveillance claim at White House," authored by David S. Cloud and published by the Los Angeles Times on March 27, 2017.

49. Exhibit 40 is a true and correct copy of a transcript excerpt of Jack Langer's June 19, 2023 deposition in this matter.

50. Exhibit 41 is a true and correct copy of an article headlined, "Paul Ryan on Russia probe, health care bill 'growing pain,'" published by CBS News on March 30, 2017.

51. Exhibit 42 is a true and correct copy of Langer Deposition Exhibit 61, which is an article headlined, "Devin Nunes Vanished the Night Before He Made Trump Surveillance Claims," authored by Tim Mak and published by the Daily Beast on March 24, 2017.

52. Exhibit 43 is a true and correct copy of POST_1-21-cv-506_00002347, an article headlined "Lawmaker's 'peculiar midnight run' endangers Trump-Russia inquiry," authored by Julia Borger and published by the Guardian on March 26, 2017.

53. Exhibit 44 is a true and correct copy of an article headlined, "Nunes Had Secret White House Meeting Before Claiming Trump Team Was Surveilled," authored by Eric Levitz and published to New York Magazine on March 27, 2017.

54. Exhibit 45 is a true and correct copy of an article headlined, "More Confusion After Nunes Reveals His White House-based Source," authored by Michael Warren and published by the Weekly Standard on March 28, 2017.

55. Exhibit 46 is a true and correct copy of an article headlined, "The Ever-Deepening Mystery of Devin Nunes," authored by Ned Price and published by NBC News on May 25, 2018.

56. Exhibit 47 is a true and correct copy of an article headlined, "Devin Nunes wants to run an intel operation for the White House — against our intelligence agencies," authored by David A. Graham and published by The Atlantic on March 27, 2017.

57. Exhibit 48 is a true and correct copy of Ellen Nakashima Deposition Exhibit 24, which is an article headlined "Three White House officials tied to files shared with House intelligence chairman," authored by Greg Miller and Karen DeYoung and published by The Post on March 30, 2017.

58. Exhibit 49 is a true and correct copy of Nakashima Deposition Exhibit 25, which is an article headlined "2 White House Officials Helped Give Nunes Intelligence Reports," authored by Matthew Rosenberg, Maggie Haberman, and Adam Goldman, and published by the New York Times on March 30, 2017.

59. Exhibit 50 is a true and correct copy of Nunes Deposition Exhibit 91, which is an article headlined, "Devin Nunes and the Tragedy of the Russia Inquiry," authored by Eli Lake and published by Bloomberg on March 30, 2017.

60. Exhibit 51 is a true and correct copy of a transcript of the Today Show, broadcast on NBC on March 28, 2017.

61. Exhibit 52 is a true and correct copy of an article headlined, "McCain: Nunes's actions 'very disturbing,'" authored by Rebecca Savransky and published to The Hill on March 23, 2017.

62. Exhibit 53 is a true and correct copy of an April 6, 2017 statement issued by Nunes.

63. Exhibit 54 is a true and correct copy of an article headlined "Rep. Devin Nunes plays defense for Trump by going on hard offense against Justice Department," authored by Chris Megerian and Joseph Tanfani and published by the Los Angeles Times on January 5, 2018.

64. Exhibit 55 is a true and correct copy of POST_1-21-cv-506_00002450, an article headlined "How the Intelligence Committee Broke," authored by Natasha Bertrand and published by The Atlantic on April 4, 2018.

65. Exhibit 56 is a true and correct copy of Langer Deposition Exhibit 77, an article headlined "How Devin Nunes Turned the Intelligence Committee Inside Out," authored by Jason Zengerle and published by the New York Times on April 24, 2018.

66. Exhibit 57 is a true and correct copy of POST_1-21-cv-506_00002342, an article headlined "Nunes Memo Reveals Congressman's Penchant for Conspiracy Theories," authored by Jeff Stein and published by Newsweek on February 11, 2018.

67. Exhibit 58 is a true and correct copy of a transcript excerpt of Ellen Nakashima's June 30, 2023 deposition in this matter.

68. Exhibit 59 is a true and correct copy of Nakashima Deposition Exhibit 13, which is an article headlined "Chairman and partisan: The dual roles of Devin Nunes raise questions about House investigation," authored by Greg Miller and Karoun Demirjian, and published by The Post on March 26, 2017.

69. Exhibit 60 is a true and correct copy of Nakashima Deposition Exhibit 12, an article headlined "Devin Nunes confirms it: The evidence of Trump Tower being wiretapped just doesn't seem to exist," authored by Chris Cillizza and published by The Post on March 15, 2017.

70. Exhibit 61 is a true and correct copy of Nakashima Deposition Exhibit 38, an article headlined "The Nunes-White House question, assessed minute-by-minute," authored by Philip Bump and published by The Post on March 30, 2017

71. Exhibit 62 is a true and correct copy of an article headlined "Devin Nunes and the Invention of Fake Oversight," authored by Amy Zegart, and published by The Atlantic on February 20, 2018.

72. Exhibit 63 is a true and correct copy of Langer Deposition Exhibit 76, a biography prepared for Devin Nunes's website.

73. Exhibit 64 is a true and correct copy of a January 2022 announcement by the Clerk of the United States House of Representatives.

74. Exhibit 65 is a true and correct copy of a December 6, 2021 press release by the Trump Media & Technology Group.

75. Exhibit 66 is a true and correct copy of BF.Nunes.Canter.101822.0000014, Canter Deposition Exhibit 19, an Uber receipt dated March 21, 2017.

76. Exhibit 67 is a true and correct copy of Canter Deposition Exhibit 20, a Google Maps image reflecting the location of the National Building Museum.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 8, 2023                         /s/ *Thomas G. Hentoff*
                                                Thomas G. Hentoff