# Ex. 53



### Nunes Statement on Russia Investigation

**Washington, April 6, 2017**

House Permanent Select Committee on Intelligence Chairman Devin Nunes today issued the following statement:

"Several leftwing activist groups have filed accusations against me with the Office of Congressional Ethics. The charges are entirely false and politically motivated, and are being leveled just as the American people are beginning to learn the truth about the improper unmasking of the identities of U.S. citizens and other abuses of power. Despite the baselessness of the charges, believe it is in the best interests of the House Intelligence Committee and the Congress for me to have Representative Mike Conaway, with assistance from Representatives Trey Gowdy and Tom Rooney, temporarily take charge of the Committee's Russia investigation while the House Ethics Committee looks into this matter. I will continue to fulfill all my other responsibilities as Committee Chairman, and I am requesting to speak to the Ethics Committee at the earliest possible opportunity in order to expedite the dismissal of these false claims."

Minority | Privacy Policy

**CONTACT**

| | | |
|---|---|---|
| Capitol Visitor Center HVC-304 | Majority Staff | Minority Staff |
| US Capitol Building | Office: (202) 225-4121 | (202) 225-7690 |
| Washington, DC 20515-6415 | Fax: (202) 225-1991 | (202) 226-5068 |