UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEVIN G. NUNES,

  *Plaintiff*,

v.

WP COMPANY LLC, et al.,

  *Defendant*.

Civil Action No. 1:21-cv-00506 (CJN)

## ORDER

This matter is before the Court on Defendants' Motion for Summary Judgment, ECF No. 81-1.

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Motions to Seal contained in ECF Nos. 77, 81, 83, 84, and 87 are **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Motion, ECF No. 81-1, is **GRANTED**.

DATE: June 14, 2024

                  _____
                  CARL J. NICHOLS
                  United States District Judge