UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>Defendants. | Case No. 1:21-cv-00506 (CJN) |

**JOINT MOTION TO EXTEND REDACTION AND DECLARATION DEADLINES
RELATED TO SEPTEMBER 4, 2024 ORDER**

Pursuant to Fed. R. Civ. P. 6(b)(1) and the Court's March 8, 2021 Standing Order for Civil Cases, ECF No. 37 ¶ 9, Plaintiff Devin G. Nunes and Defendants WP Company LLC d/b/a The Washington Post and Ellen Nakashima (collectively, "The Post"), by their undersigned counsel, jointly request extensions of deadlines set in connection with the Court's sealed September 4, 2024 Order, ECF No. 93 ("Order").

Specifically, the parties request that the Court extend their deadline to "meet and confer and propose any redactions [they] deem necessary" to unseal the Order from September 13, 2024, to September 17, 2024. Sept. 6, 2024 Email from Chambers of Judge Carl J. Nichols to All Counsel. The parties also request that the Court extend its deadline for The Post to "file a declaration detailing the reasonable attorney's fees and costs expended in litigating the issues discussed" in the Order from September 13, 2024, to September 20, 2024. Order at 8.

Good cause exists for the extensions because Plaintiff's lead counsel, Jason Greaves, is currently at trial. A brief extension will facilitate the parties' meeting and conferring on these

issues, allowing the parties to attempt agreement on proposed redactions, if any, to the Order, and to attempt to resolve the matter of The Post's fees and costs reimbursement without Court intervention.

No prior extension to either deadline has been previously granted. There are no other existing deadlines that would be impacted by extensions to the deadlines for the parties' redaction proposals and The Post's fee declaration.

The parties respectfully submit the attached proposed order, which would enter the parties' proposed extensions for the submission of the parties' redaction proposals and The Post's fee declaration.

Dated: September 13, 2023                                         Respectfully submitted,

/s/ *Shawn Flynn*                                                              /s/ *Thomas G. Hentoff*

Jason C. Greaves (D.C. Bar No. 1033617)          Kevin T. Baine (D.C. Bar No. 238600)
Shawn Flynn (Bar ID MI0101)                            Thomas G. Hentoff (D.C. Bar No. 438394)
Binnall Law Group, PLLC                                   Nicholas G. Gamse (D.C. Bar No. 1018297)
717 King Street, Suite 200                                   Sean M. Douglass (D.C. Bar No. 1033069)
Alexandria, VA 22314                                         Alexandra M. Gutierrez (D.C. Bar No. 1619149)
Telephone: (703) 888-1943                                 WILLIAMS & CONNOLLY LLP
Facsimile: (703) 888-1930                                  680 Maine Avenue, S.W.
jason@binnall.com                                              Washington, DC 20024
shawn@binnall.com                                            Telephone: (202) 434-5000
                                                                             Facsimile: (202) 434-5029
Richard S. Basile (D.C. Bar No. 374069)           thentoff@wc.com
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770                                         *Counsel for Defendants*
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss (admitted *pro hac vice*)
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, I electronically filed the foregoing Joint Motion To Extend Redaction and Declaration Deadlines Related to the September 4, 2024 Order with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Thomas G. Hentoff*
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>   Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>   Defendants. | Case No. 1:21-cv-00506 (CJN) |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion To Extend Redaction and Declaration Deadlines Related to the September 4, 2024 Order, and for good cause shown, it is hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall meet and confer and propose any redactions necessary for an unsealed version of the September 4, 2024 Order, including the reasons for each proposed redaction, on or before September 17, 2024; and it is

**FURTHER ORDERED** that the Defendant shall submit its declaration detailing reasonable attorney's fees and costs, as ordered in the Court's sealed September 4, 2024 Order (ECF No. 93) on or before September 20, 2024.

Entered: _____       _____
                                      Hon. Carl J. Nichols
                                       United States District Judge

**COPIES TO:**

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net

Jason C. Greaves
Shawn Flynn
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jason@binnall.com
shawn@binnall.com

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Sean M. Douglass
Alexandra M. Gutierrez
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com