UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>Defendants. | Case No. 1:21-cv-00506 (CJN) |

**JOINT MOTION TO EXTEND DECLARATION DEADLINE
RELATED TO SEPTEMBER 4, 2024 ORDER**

Pursuant to Fed. R. Civ. P. 6(b)(1) and the Court's March 8, 2021 Standing Order for Civil Cases, ECF No. 37 ¶ 9, Plaintiff Devin G. Nunes and Defendants WP Company LLC d/b/a The Washington Post and Ellen Nakashima (collectively, "The Post"), by their undersigned counsel, jointly request a second extension of the deadline for The Post to "file a declaration detailing the reasonable attorney's fees and costs expended in litigating the issues discussed" in the Order to October 18, 2024. Order at 8.

Good cause exists for the extension because the parties are currently meeting and conferring in an effort to resolve the entire matter, including The Post's fees and costs reimbursement, without Court intervention. The parties seek an extension of four weeks, to October 18, 2024, to allow the parties to continue this process.

This is the parties' second request for an extension of the deadline for The Post to file a fee declaration. The first request for the extension of this deadline, filed September 13, 2024 (ECF No. 94), remains pending. There are no other existing deadlines that would be impacted by an

extension to this deadline.

The parties respectfully submit the attached proposed Order, which would enter the parties' proposed extension for the submission of The Post's fee declaration.

| | |
|---|---|
| Dated: September 20, 2024 | Respectfully submitted, |
| /s/ *Shawn Flynn* | /s *Thomas G. Hentoff* |
| Jason C. Greaves (D.C. Bar No. 1033617) | Kevin T. Baine (D.C. Bar No. 238600) |
| Shawn Flynn (Bar ID MI0101) | Thomas G. Hentoff (D.C. Bar No. 438394) |
| Binnall Law Group, PLLC | Nicholas G. Gamse (D.C. Bar No. 1018297) |
| 717 King Street, Suite 200 | Sean M. Douglass (D.C. Bar No. 1033069) |
| Alexandria, VA 22314 | Alexandra M. Gutierrez (D.C. Bar No. 1619149) |
| Telephone: (703) 888-1943 | WILLIAMS & CONNOLLY LLP |
| Facsimile: (703) 888-1930 | 680 Maine Avenue, S.W. |
| jason@binnall.com | Washington, DC 20024 |
| shawn@binnall.com | Telephone: (202) 434-5000 |
| | Facsimile: (202) 434-5029 |
| Richard S. Basile (D.C. Bar No. 374069) | thentoff@wc.com |
| 6305 Ivy Lane, Suite 416 | |
| Greenbelt, MD 20770 | *Counsel for Defendants* |
| Telephone: (301) 441-4900 | |
| Facsimile: (301) 441-2404 | |
| rearsb@gmail.com | |
| | |
| Steven S. Biss (admitted *pro hac vice*) | |
| 300 West Main Street, Suite 102 | |
| Charlottesville, VA 22903 | |
| Telephone: (804) 501-8272 | |
| Facsimile: (202) 318-4098 | |
| stevenbiss@earthlink.net | |
| | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing Joint Motion To Extend Declaration Deadline Related to the September 4, 2024 Order with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Thomas G. Hentoff*
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>Defendants. | Case No. 1:21-cv-00506 (CJN) |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion To Extend Declaration Deadline Related to the September 4, 2024 Order, and for good cause shown, it is hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendant shall submit its declaration detailing reasonable attorney's fees and costs, as ordered in the Court's sealed September 4, 2024 Order (ECF No. 93) on or before October 18, 2024.


Entered: _____         _____
                                          Hon. Carl J. Nichols
                                          United States District Judge

**COPIES TO:**

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net

Jason C. Greaves
Shawn Flynn
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jason@binnall.com
shawn@binnall.com

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Sean M. Douglass
Alexandra M. Gutierrez
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com