UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>Defendants. | Case No. 1:21-cv-00506 (CJN) |

**DEFENDANTS' NOTICE REGARDING FEES AND COSTS
AND CONSENT MOTION TO CLOSE CASE**

Defendants WP Company LLC d/b/a The Washington Post and Ellen Nakashima (collectively, "The Post"), through undersigned counsel, respectfully submit this notice informing the Court that in light of Plaintiff Devin G. Nunes's decision to dismiss his appeal, The Post will not further pursue the fees or costs awarded in the Court's September 4, 2024 Order ("Sanctions Order"), ECF No. 93.  With The Post's sanctions motion resolved, there are no pending motions, and The Post respectfully moves for the case to be closed.  Plaintiff consents to this Motion.

There is good cause to grant the Motion:

1. On October 11, 2023, The Post moved for sanctions against Nunes, requesting an award of fees and costs pursuant to Federal Rule of Civil Procedure 37.  ECF No. 77-2 ("Motion for Sanctions") at 35–43.

2. While The Post's Motion for Sanctions was pending, on June 14, 2024, the Court granted summary judgment to The Post in full.  ECF Nos. 89, 90 ("Summary Judgment Order").

On July 15, Nunes filed a notice of appeal of the Summary Judgment Order to the United States Court of Appeals for the District of Columbia Circuit. ECF No. 91.

3. On September 4, 2024, the Court granted The Post's Motion for Sanctions in part, specifically ordering that The Post was entitled to an "award of reasonable attorney's fees and costs" expended in connection with The Post's discovery motions. Sanctions Order at 7. The Court further ordered The Post to file by September 13, 2024, a "declaration detailing the reasonable attorney's fees and costs expended in litigating the issues" discussed in the Fees Order. *Id.* at 8.

4. On September 13, 2024, the Parties jointly moved for an extension for The Post to file its fee declaration, because the Parties were in the process of "meeting and conferring" in "an attempt to resolve the matter of The Post's fee and costs reimbursement without Court intervention." ECF No. 94 at 1–2.

5. On September 17, 2024, the Parties jointly notified the Court that they agreed that no redactions were necessary to the Sanctions Order, and that the Order could be unsealed in its entirety. The Order remains sealed on the public docket.

6. On September 20, 2024, the Parties jointly moved for an extension for The Post to file its fee declaration, because the Parties were continuing the process of "meeting and conferring in an effort to resolve the entire matter, including The Post's fee and costs reimbursement, without Court intervention." ECF No. 95 at 1.

7. The Court granted the Parties' extension motion, extending the deadline for The Post's fee declaration to October 18, 2024. *See* October 1, 2024 Minute Order.

8. On October 1, 2024, the Parties filed a joint stipulation of voluntary dismissal with prejudice to the District of Columbia Circuit, resulting in the dismissal of the appeal on October

2

8, 2024. *See Nunes v. WP Company LLC*, No. 24-7107, ECF. No. 2077733 (October 1, 2024); ECF. No. 2078797 (October 8, 2024).

9. In light of Plaintiff's decision to forgo his appeal, The Post will not pursue its fee request further.

The Post now moves for closure of this case, because summary judgment already has been granted in this case and because—with The Post's election not to seek fees and costs pursuant to the Fees Order—no other motions remain pending. The Post thus asks the Court to instruct the Clerk to terminate all pending deadlines and close the case. Plaintiff consents to this request.

Dated: October 11, 2024

Respectfully submitted,

/s/ *Thomas G. Hentoff*
Kevin T. Baine (D.C. Bar No. 238600)
Thomas G. Hentoff (D.C. Bar No. 438394)
Nicholas G. Gamse (D.C. Bar No. 1018297)
Sean M. Douglass (D.C. Bar No. 1033069)
Alexandra M. Gutierrez (D.C. Bar No. 1619149)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2024, I electronically filed the foregoing Defendants' Notice Regarding Fees and Costs and Consent Motion To Close Case with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

                                                  /s/ *Thomas G. Hentoff*
                                                  *Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST and ELLEN NAKASHIMA,<br><br>Defendants. | Case No. 1:21-cv-00506 (CJN) |

## [PROPOSED] ORDER

Having considered the Defendants' Notice Regarding Fees and Costs and Consent Motion To Close Case, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the case is closed.  The Clerk of the Court is instructed to terminate all pending deadlines, unseal the Court's September 4, 2024 Order (ECF No. 93), and close the case.


Entered: _____         _____
                                        Hon. Carl J. Nichols
                                        United States District Judge

**COPIES TO:**

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: (301) 441-4900
Facsimile: (301) 441-2404
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
stevenbiss@earthlink.net

Jason C. Greaves
Shawn Flynn
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jason@binnall.com
shawn@binnall.com

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Sean M. Douglass
Alexandra M. Gutierrez
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com